NSK LTD. AND NSK CORP., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND FEDERAL-MOGUL CORP. AND TORRINGTON CO., DEFENDANT-INTERVENOR

Court No. 91–08–00578

(Dated October 1, 1992)

## ORDER

TSOUCALAS, *Judge:* Plaintiffs move this Court to amend the partial judgment, dated August 24, 1992, denying NSK's motion for partial judgment on the agency record as to Count I of its complaint concerning certain clerical errors in the cost of production reported by NSK for a single cylindrical roller bearing model, to indicate, in accordance with Rule 54(b) of the Rules of this Court, that there is no just reason to delay entry of a final judgment as to this claim. After due deliberation, it is hereby

ORDERED that said motion be, and the same is, hereby granted; and it is further

ORDERED that the attached Amended Partial Judgment be entered.

NSK LTD. AND NSK CORP., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND FEDERAL-MOGUL CORP. AND TORRINGTON CO., DEFENDANT-INTERVENORS

Court No. 91–08–00578

## AMENDED PARTIAL JUDGMENT

TSOUCALAS, *Judge:* This case having been duly submitted for decision following plaintiffs' motion for partial judgment on the agency record, and the Court, after due deliberation, having rendered a decision therein; now therefore, in accordance with said decision,

IT IS HEREBY ORDERED that plaintiffs' motion for partial judgment on the agency record is denied, and that

Pursuant to Rule 54(b) of the Rules of this Court, this is a final judgment as to Count I of the plaintiffs' complaint and there is no just reason for delay in entry of final judgment.